

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-11-00222-CV

STEVEN M. JOHNSON AND                                    APPELLANTS
STEVEN M. JOHNSON, P.C. DBA
THE JOHNSON LAW FIRM

V.

MARY MCKINNEY                                            APPELLEE

------------

FROM THE 352ND DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered "Appellants' Motion To Dismiss." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by appellants, for which let execution issue.  *See* Tex. R. App. P. 42.1(d).


PER CURIAM

PANEL:  MEIER, DAUPHINOT, and GABRIEL, JJ.

DELIVERED:  October 27, 2011